CITY OF STAMFORD *v.* MILIVOJE KOVAC

The plaintiff's petition for certification for appeal from the Appellate Court, 29 Conn. App. 105 (AC 10693), is granted, limited to the following questions:

"In the circumstances of this case, should the Appellate Court have treated the trial court's temporary injunction as an appealable final judgment?

"In the circumstances of this case, did the Appellate Court correctly conclude that the trial court exceeded its powers on issuing the temporary injunction?"

The Supreme Court docket number is SC 14644.

*James V. Minor,* in support of the petition.

*Sigmund L. Miller,* in opposition.

Decided November 5, 1992

STATE OF CONNECTICUT *v.* LARRY JENKINS

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 262, is denied.

*Larry Jenkins,* pro se, in support of the petition.

Decided November 5, 1992

CALVIN CARTER *v.* EDWARD NEWMAN

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 902, is denied.

*Leonard M. Crone,* in support of the petition.

*Linda R. Stark,* in opposition.

Decided November 20, 1992